W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
**PATTON, SHEA & KIRALY, P.C.**
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 870-6790 - *Phone*
(702) 870-7490 - *Facsimile*
rpatton@psklawfirm.com

*Attorney for Defendant*
CALIFORNIA CASUALTY INDEMNITY EXCHANGE

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. CARLE; ASA EUBANKS,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:12-cv-01623 |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between KYLE A. STUCKI, ESQ. of RICHARD HARRIS LAW FIRM, attorney for Plaintiffs, CHRISTOPHER L. CARLE and ASA EUBANKS, and W. RANDOLPH PATTON, ESQ. of PATTON, SHEA & KIRALY, P.C., attorney for Defendant, CALIFORNIA CASUALTY INDEMNITY EXCHANGE, that the above entitled matter may be dismissed, with prejudice, each of the parties to bear their own costs and fees herein incurred.

There has been no trial date set nor Request for Trial Setting filed in this matter, nor has a Scheduling Order issued.

DATED: 10/16/2012

RICHARD HARRIS LAW FIRM

By: _____
KYLE A. STUCKI, ESQ.
Nevada Bar No. 012646
801 S. 4th St.
Las Vegas, NV 89101
kyle@richardharrislaw.com
*Attorney for Plaintiffs*
CHRISTOPHER CARLE and ASA EUBANKS

DATED: Oct. 18, 2012

PATTON, SHEA & KIRALY, P.C.

By: _____
W. RANDOLPH PATTON, ESQ.
Nevada Bar No. 000365
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
rpatton@psklawfirm.com
*Attorney for Defendant* CALIFORNIA CASUALTY INDEMNITY EXCHANGE

## ORDER

WHEREAS it appearing to the satisfaction of the court that the parties hereto have stipulated by and through their respective counsel that the above-entitled matter be dismissed with prejudice, all sides to bear their own costs and fees, and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, each side to bear their own costs and fees incurred herein.

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter has not been assigned to a trial stack.

IT IS SO ORDERED this 19th day of October, 2012.

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

**PATTON, SHEA & KIRALY, P.C.**

By: _____
W. RANDOLPH PATTON, ESQ.
Nevada Bar No. 000365
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*Attorney for Defendant CALIFORNIA CASUALTY INDEMNITY EXCHANGE*